IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEBORAH CALDWELL MILLS,   }
         Plaintiff,       }
                          }   CIVIL ACTION NO.
v.                        }   04-AR-2272-S
                          }
FAMILY DOLLAR STORES,     }
         Defendant.       }

## MEMORANDUM OPINION

This court has on this date dismissed three other purported actions brought by Deborah Caldwell Mills ("Mills"). They are eerily similar to the above-entitled purported action that she attempts to bring against Family Dollar Stores. The court also takes judicial notice of the fact that Mills has within the last thirty (30) days filed eight (8) other similar cases against other defendants, assigned to other judges of this court. If she continues her deluge of filings, it will become necessary for the court to set up a screening device to prevent giving case numbers to claims presented by Mills that are so lacking in colorable merit that an accomplished trial lawyer, even if paid handsomely, could not shape them into anything meaningful or worthwhile. For the moment, however, this court will "take one thing at a time" and will by separate order dismiss plaintiff's above-styled purported action.

DONE this 30th day of July, 2004.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

